**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 00-6455**

———

GEORGE VIA,

                              Plaintiff - Appellant,

    versus

D. DAUGHTRY, Correctional Officer; P. HAR-
RISON, Supervising Lieutenant,

                              Defendants - Appellees,

    and

RONALD ANGELONE, Director, Virginia Department
of Corrections; D. A. GARRAGHTY, Warden,
Greensville Correctional Center,

                              Defendants.

———

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-99-176-2)

———

Submitted: September 8, 2000    Decided: September 15, 2000

———

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———

Affirmed by unpublished per curiam opinion.

George Via, Appellant Pro Se.  Rick Randall Linker, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Via appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Via v. Daughtry, No. CA-99-176-2 (E.D. Va. Aug. 26, 1999, & Mar. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED